MARY ANN EBERLE, PLAINTIFF-RESPONDENT, v. JOSEPH SOMONEK, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued September 21, 1953—Decided September 23, 1953.

Before Judges EASTWOOD, JAYNE and FRANCIS.

*Mr. John VR. Strong* argued the cause for appellant (*Messrs. Strong & Strong,* attorneys).

*Mr. Baruch S. Seidman* argued the cause for respondent (*Messrs. Burton & Seidman,* attorneys).

The opinion of the court was delivered

PER CURIAM.   The judgment is affirmed for the reasons expressed in the opinion of Judge Ewart reported in 24 *N. J. Super.* 366 (*Ch.* 1953).